FILED
GREAT FALLS
2011 JUN 13 PM 3 46
PATRICK E. DUFFY, CLERK
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND PARKER, Jr.,<br><br>Defendant. | No. CR 11-49-GF-SEH<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT AND NOTICE OF SENTENCING |

In accordance with the Findings and Recommendations of the United States Magistrate Judge Keith Strong, to which there has been no objection, and subject to this Court's consideration of the Plea Agreement under Fed. R. Crim. P. 11(c)(3), the plea of guilty of the Defendant to Count I of the Information is hereby accepted. The Defendant is adjudged guilty of such offense. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 13th day of June, 2011.

SAM E. HADDON
United States District Judge

-1-